# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **BRIAN CARRIVEAU, ET AL.** | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| **APPLE TRANSPORT, INC., ET AL.,** | CASE NO: 19-1062-STA-jay |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal entered on June 5, 2019, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/5/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk